UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

\*E-FILED\*

## CIVIL MINUTES

DATE: **November 2, 2007**

Case No. **C-07-03801-RMW**    JUDGE: **Ronald M. Whyte**

**NKEM ANADU**    -v- **NISSAN NORTH AMERICA, INC., et al.**
Title

| No Appearance | No Appearance |
| Attorneys Present | Attorneys Present |

COURT CLERK: **Jackie Garcia**    COURT REPORTER: **Not Reported**

## PROCEEDINGS

### CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Not Held. No appearance from either side. The Court to issue an order to show cause for failure to prosecute case.