

Filed
DEC 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: <br><br> NISSAN NORTH AMERICA, <br> INC. ODOMETER LITIGATION | MDL DOCKET NO. ___ <br><br> 07 - 3801 RMW |

### NISSAN NORTH AMERICA, INC.'S REASONS WHY ORAL ARGUMENT SHOULD BE HEARD

Pursuant to Rule 16.1(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Panel"), Nissan North America, Inc. ("NNA") submits this Oral Argument Statement in support of its Motion for Transfer and Consolidation of Related Actions. Oral argument should be heard so the parties can to respond to any inquiries the Panel may have about the motion. There are five separate actions and fourteen sets of counsel. Oral argument will ensure that the Panel has access to the views of all parties regarding the propriety of consolidation, transfer and the proposed transferee district.

Dated: December 6, 2007

Respectfully submitted,

_/s/ Jacqueline Jauregui_

Jacqueline Jauregui, Esq.
James Nelson, Esq.
SEDGWICK, DETERT, MORAN & ARNOLD LLP
801 S. Figueroa Street, 19th Floor
Los Angeles, California 90017
Telephone: (213) 426-6900
Facsimile: (213) 426-6921

E. Paul Cauley, Jr., Esq.
SEDGWICK, DETERT, MORAN & ARNOLD LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201
Telephone: (469) 227-8200
Facsimile: (469) 227-8004

**COUNSEL FOR MOVANT,
NISSAN NORTH AMERICA, INC.**