FILED

2008 JAN 10 P 3: 11

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE. NISSAN NORTH AMERICA, INC. ODOMETER LITIGATION (NO. II) | MDL DOCKET No. 1921 |
|---|---|

RMW

## AMENDED PROOF OF SERVICE

I hereby certify that the foregoing Joinder in Support of Defendant Nissan North America's Motion for Transfer and Consolidation was served by First Class Mail on January 7th, 2008 to the following:

Clerk, United States District Court
Eastern District of Texas
100 E. Houston, Room 125
Marshall, Texas 75670

Clerk, United States District Court
Central District of California
312 N. Spring Street
Los Angeles, California 90012

1

Clerk, United States District Court
Eastern District of California
280 South First Street
San Jose, California 95113

Clerk, United States District Court
Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Clerk, United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, Pennsylvania 19106-1797

James A. Holmes, Esq.
Law Offices of James Holmes, P.C.
635 South Main, Suite 203
Henderson, Texas 75654
   **Counsel for Plaintiff Rebecca Womack, et al.,** E.D. Texas, C.A. No. 2:06-CV-00479-
      DF

R. Stephen Woodfin, Esq.
Law Office of Stephen Woodfin
1012 Houston
Kilgore, Texas 75663
   **Of Counsel for Plaintiff Rebecca Womack, et al.,** E.D. Texas, C.A. No. 2:06-CV-
      00479-DF

Jay Kutchka, Esq.
Jones, Jackson & Moll, P.L.C.
401 North 7th Street
Fort Smith, Arkansas 72902-2023
   **Of counsel for Plaintiff Rebecca Womack, et al.,** E. D. Texas, C.A. No. 2:06-CV-
      00479-DF

David B. Miller, Esq.
Law Office of David B. Miller
4350 Beltway Drive
Addison, Texas 75001
   **Of counsel for Plaintiff Rebecca Womack, et al.,** E. D. Texas, C.A. No. 2:06-CV-
      00479-DF

William M. Sweetnam, Esq.
Freed & Weiss LLC
111 West Washington Street, Suite 1331
Chicago, Illinois 60602
   **Of counsel for Plaintiff Rebecca Womack, et al.,** E. D. Texas, C.A. No. 2:06-CV-00479-DF

Donald Amamgbo, Esq.
Amamgbo & Associates
7901 Oakport Street, Suite 4900
Oakland, California 94621
  **Counsel for Plaintiff Nkem Anadu, et al.,** N.D. California, C.A. No. C07-03801-RMW

Reginald Terrell, Esq.
The Terrell Law Group
223 25th Street
Richmond, California 94804
  **Counsel for Plaintiff Nkem Anadu, et al.,** N.D. California, C.A. No. C07-03801-RMW

Lawrence Nwajei, Esq.
Law Offices of Nwajei & Company
4221 Wilshire Blvd., Suite 392
Los Angeles, California 90010
  **Counsel for Plaintiff Nkem Anadu, et al.,** N.D. California, C.A. No. C07-03801-RMW

Scott Shepherd, Esq.
Shepherd, Finkelman, Miller & Shah
35 E. State Street
Media, Pennsylvania 19063
   **Counsel for Plaintiff Michael Shaffer, et al.,** E. D. Pennsylvania, C.A. No. 2:07-cv-04794-PBT

Taras P. Kick, Esq.
G. James Strenio, Esq.
Thomas A. Segal, Esq.
The Kick Law Firm, APC
900 Wilshire Blvd., Suite 230
Los Angeles, CA 90017
  **Counsel for Plaintiff James Selth, et al.,** C. D. California, C.A. No. CV07-07841 SVW

Jacqueline Jauregui, Esq.
James Nelson, Esq.
SEDGWICK, DETERT, MORAN & ARNOLD LLP
801 S. Figueroa Street, 19th Floor
Los Angeles, California 90017
   **Counsel for Movant, Nissan North America**

E. Paul Cauley, Jr., Esq.
SEDGWICK, DETERT, MORAN & ARNOLD LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201
   **Counsel for Movant, Nissan North America**

Natalie F. Bennett, Esquire
SHEPHERD FINKELMAN MILLER & SHAH LLC
35 East State Street
Media, Pennsylvania 19063

Nissan Motor Co., Ltd.
17-1, Ginza 6-chome, Chuo-ku
Tokyo 104-8023, Japan

Nissan Infiniti LT
333 Commerce Street
Nashville, Tennessee 27201


DATED:     January 7th, 2008         Respectfully Submitted,

                                     By: _____

E. Powell Miller, Esq.
Mark L. Newman, Esq.
**The Miller Law Firm, P.C.**
950 W. University Drive, Suite 300
Rochester, Michigan 48307
(248) 841-2200
(248) 652-2852 facsimile

John R. Wylie, Esq.
Charles R. Watkins, Esq.
**FUTTERMAN HOWARD WATKINS WYLIE &
    ASHLEY, CHTD.**
122 South Michigan Avenue, Suite 1850
Chicago, Illinois 60603
(312) 427-3600
(312) 427-1850 facsimile

Wyatt B. Durrette, Esq.
Christopher G. Hill, Esq.
**DURRETTEBRADSHAW PLC**
Main Street Centre
Twentieth Floor
600 East Main Street
Richmond, Virginia 23219
(804) 775-6900
(804) 775-6911 facsimile

RECEIVED
CLERK'S OFFICE

2008 JAN -4  A 9:41

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE. NISSAN NORTH AMERICA, INC. ODOMETER LITIGATION (NO. II) | MDL DOCKET NO. 1921 |

PLAINTIFF DARRYL HIDALGO'S JOINDER IN SUPPORT OF
DEFENDANT'S MOTION FOR TRANSFER AND CONSOLIDATION
IN THE MIDDLE DISTRICT OF TENNESSEE

Darryl Hidalgo, through his undersigned counsel, respectfully joins in Defendant Nissan North America, Inc.'s ("NNA") Motion for Transfer and Consolidation[1], and hereby supports the transfer and consolidation of all Nissan North America Odometer Litigation ("Odometer") actions, pursuant to 28 U.S.C. § 1407, to and in the Middle District of Tennessee.

Responding Plaintiff urges the Panel to transfer the Odometer actions to the Middle District of Tennessee for all the reasons set forth by Defendant NNA in its transfer motion including:

---

[1] Motion of Nissan North America, Inc. for Transfer and Consolidation of Related Actions (filed Dec. 11, 2007).

1

(1) These actions involve substantially similar questions of fact and law such that coordination will prevent duplicative discovery, minimize inconvenience for all parties involved, and promote the just and efficient conduct of the related actions;

(2) The Middle District of Tennessee is home to an experienced and efficient bench well equipped to oversee the coordination of the Odometer actions;

(3) The Middle District of Tennessee is a convenient locale for all parties, providing easily accessible airports, lodging options, and public transportation; and

(4) The Middle District of Tennessee has a docket well suited to handle this proposed Multi-District Litigation and provides a centralized location.

Defendant NNA's headquarters and principal place of business is located in Nashville, Tennessee within the Middle District of Tennessee. NNA also manufactures certain Nissan and Infiniti vehicles at plants located in Tennessee and Mississippi. The convenience of all parties will be best ensured if these cases are transferred and coordinated in the Middle District of Tennessee; the District which can resolve these cases expeditiously and can best manage this complex multi-district litigation.[2]

## CONCLUSION

For the foregoing reasons and the reasons set forth in Defendant Nissan North America, Inc.'s Motion, Plaintiff respectfully requests transfer of the Odometer actions to the United States District Court for the Middle District of Tennessee for consolidated procedures.

---

[2] Plaintiff Hidalgo further incorporates by reference the well articulated reasoning found in NNA's Motion and Memorandum in Support of its Motion.

2

DATED:     January 3rd, 2008           Respectfully Submitted,

                              By:  _____
                                   Wyatt B. Durrette, Esq.
                                   Christopher G. Hill, Esq.
                                   **DURRETTEBRADSHAW PLC**
                                   Main Street Centre
                                   Twentieth Floor
                                   600 East Main Street
                                   Richmond, Virginia 23219
                                   (804) 775-6900
                                   (804) 775-6911 facsimile

                                   John R. Wylie, Esq.
                                   Charles R. Watkins, Esq.
                                   **FUTTERMAN HOWARD WATKINS WYLIE &
                                   ASHLEY, CHTD.**
                                   122 South Michigan Avenue, Suite 1850
                                   Chicago, Illinois 60603
                                   (312) 427-3600
                                   (312) 427-1850 facsimile

                                   E. Powell Miller, Esq.
                                   Mark L. Newman, Esq.
                                   **The Miller Law Firm, P.C.**
                                   950 W. University Drive, Suite 300
                                   Rochester, Michigan 48307
                                   (248) 841-2200
                                   (248) 652-2852 facsimile



BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE. NISSAN NORTH AMERICA, INC. ODOMETER LITIGATION (NO. II) | MDL DOCKET NO. 1921 |

## PROOF OF SERVICE

I hereby certify that the foregoing Joinder in Support of Defendant Nissan North America's Motion for Transfer and Consolidation was served by First Class Mail on January 3rd, 2008 to the following:

Clerk, United States District Court
Eastern District of Texas
100 E. Houston, Room 125
Marshall, Texas 75670

Clerk, United States District Court
Central District of California
312 N. Spring Street
Los Angeles, California 90012

Clerk, United States District Court
Eastern District of California
280 South First Street
San Jose, California 95113

Clerk, United States District Court
Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Clerk, United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, Pennsylvania 19106-1797

James A. Holmes, Esq.
Law Offices of James Holmes, P.C.
635 South Main, Suite 203
Henderson, Texas 75654
   **Counsel for Plaintiff Rebecca Womack, et al.,** E.D. Texas, C.A. No. 2:06-CV-00479-DF

R. Stephen Woodfin, Esq.
Law Office of Stephen Woodfin
1012 Houston
Kilgore, Texas 75663
   **Of Counsel for Plaintiff Rebecca Womack, et al.,** E.D. Texas, C.A. No. 2:06-CV-00479-DF

Jay Kutchka, Esq.
Jones, Jackson & Moll, P.L.C.
401 North 7th Street
Fort Smith, Arkansas 72902-2023
   **Of counsel for Plaintiff Rebecca Womack, et al.,** E. D. Texas, C.A. No. 2:06-CV-00479-DF

David B. Miller, Esq.
Law Office of David B. Miller
4350 Beltway Drive
Addison, Texas 75001
   **Of counsel for Plaintiff Rebecca Womack, et al.,** E. D. Texas, C.A. No. 2:06-CV-00479-DF

2

William M. Sweetnam, Esq.
Freed & Weiss LLC
111 West Washington Street, Suite 1331
Chicago, Illinois 60602
   **Of counsel for Plaintiff Rebecca Womack, et al.,** E. D. Texas, C.A. No. 2:06-CV-
      00479-DF

Donald Amamgbo, Esq.
Amamgbo & Associates
7901 Oakport Street, Suite 4900
Oakland, California 94621
   **Counsel for Plaintiff Nkem Anadu, et al.,** N.D. California, C.A. No. C07-03801-RMW

Reginald Terrell, Esq.
The Terrell Law Group
223 25th Street
Richmond, California 94804
   **Counsel for Plaintiff Nkem Anadu, et al.,** N.D. California, C.A. No. C07-03801-RMW

Lawrence Nwajei, Esq.
Law Offices of Nwajei & Company
4221 Wilshire Blvd., Suite 392
Los Angeles, California 90010
   **Counsel for Plaintiff Nkem Anadu, et al.,** N.D. California, C.A. No. C07-03801-RMW

Scott Shepherd, Esq.
Shepherd, Finkelman, Miller & Shah
35 E. State Street
Media, Pennsylvania 19063
   **Counsel for Plaintiff Michael Shaffer, et al.,** E. D. Pennsylvania, C.A. No. 2:07-cv-
      04794-PBT

Taras P. Kick, Esq.
G. James Strenio, Esq.
Thomas A. Segal, Esq.
The Kick Law Firm, APC
900 Wilshire Blvd., Suite 230
Los Angeles, CA 90017
   **Counsel for Plaintiff James Selth, et al.,** C. D. California, C.A. No. CV07-07841
      SVW

Jacqueline Jauregui, Esq.
James Nelson, Esq.
SEDGWICK, DETERT, MORAN & ARNOLD LLP
801 S. Figueroa Street, 19th Floor
Los Angeles, California 90017
   **Counsel for Movant, Nissan North America**

E. Paul Cauley, Jr., Esq.
SEDGWICK, DETERT, MORAN & ARNOLD LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201
   **Counsel for Movant, Nissan North America**

Nissan Motor Co., Ltd.
17-1, Ginza 6-chome, Chuo-ku
Tokyo 104-8023, Japan

Nissan Infiniti LT
333 Commerce Street
Nashville, Tennessee 27201

DATED:   January 3rd, 2008           Respectfully Submitted,

                                                 By: _/s/ Christopher L. Hall_

E. Powell Miller, Esq.
Mark L. Newman, Esq.
**The Miller Law Firm, P.C.**
950 W. University Drive, Suite 300
Rochester, Michigan 48307
(248) 841-2200
(248) 652-2852 facsimile

John R. Wylie, Esq.
Charles R. Watkins, Esq.
**FUTTERMAN HOWARD WATKINS WYLIE &
ASHLEY, CHTD.**
122 South Michigan Avenue, Suite 1850
Chicago, Illinois 60603
(312) 427-3600
(312) 427-1850 facsimile

Wyatt B. Durrette, Esq.
Christopher G. Hill, Esq.
**DURRETTEBRADSHAW PLC**
Main Street Centre
Twentieth Floor
600 East Main Street
Richmond, Virginia 23219
(804) 775-6900
(804) 775-6911 facsimile