

**Filed**

JAN 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE:<br><br>NISSAN NORTH AMERICA,<br>INC. ODOMETER LITIGATION | MDL DOCKET NO.<br>1921 |
|---|---|

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing documents:

1) Nissan North America, Inc.'S Response To Rebecca Womack's Cross-Motion For Transfer And Consolidation Of Related Actions; and

2) Nissan North America, Inc.'S Reply To Response Of Plaintiff Rebecca Womack To Nna's Motion To Transfer And Consolidate And Response To Corresponding Cross Motion To Transfer And Consolidate.

were served via Federal Express, next day delivery, on January 10, 2008 to the following:

Clerk, United States District Court
Eastern District of Texas
100 E. Houston, Room 125
Marshall, Texas  75670

Clerk, United States District Court
Central District of California
312 N. Spring Street
Los Angeles, California 90012

Clerk, United States District Court
Northern District of California
280 South First Street
San Jose, California 95113

Clerk, United States District Court
Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Clerk, United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, Pennsylvania 19106-1797

James A. Holmes, Esq.
Law Offices of James Holmes, P.C.
635 South Main, Suite 203
Henderson, Texas 75654
    **Counsel for Plaintiff Rebecca Womack, et al.,** E.D. Texas, C.A. No. 2:06-CV-00479-DF

R. Stephen Woodfin, Esq.
Law Office of Stephen Woodfin
1012 Houston
Kilgore, Texas 75663
    **Of Counsel for Plaintiff Rebecca Womack, et al.,** E.D. Texas, C.A. No. 2:06-CV-00479-DF

Jay Kutchka, Esq.
Jones, Jackson & Moll, P.L.C.
401 North 7th Street
Fort Smith, Arkansas 72902-2023
    **Of Counsel for Plaintiff Rebecca Womack, et al.,** E.D. Texas, C.A. No. 2:06-CV-00479-DF

David B. Miller, Esq.
Law Office of David B. Miller
4350 Beltway Drive
Addison, Texas 75001
   **Of Counsel for Plaintiff Rebecca Womack, et al.**, E.D. Texas, C.A. No. 2:06-CV-00479-DF

William M. Sweetnam, Esq.
Freed & Weiss LLC
111 West Washington Street, Suite 1331
Chicago, Illinois 60602
   **Of Counsel for Plaintiff Rebecca Womack, et al.**, E.D. Texas, C.A. No. 2:06-CV-00479-DF

Donald Amamgbo, Esq.
Amamgbo & Associates
7901 Oakport Street, Suite 4900
Oakland, California 94621
   **Counsel for Plaintiff Nkem Anadu, et al.**, N.D. California, C.A. No. C07-03801-RMW

Reginald Terrell, Esq.
The Terrell Law Group
223 25th Street
Richmond, California 94804
   **Counsel for Plaintiff Nkem Anadu, et al.**, N.D. California, C.A. No. C07-03801-RMW

Lawrence Nwajei, Esq.
Law Offices of Nwajei & Company
5850 Canoga Avenue, Suite 400
Woodland Hills, California 91367
   **Counsel for Plaintiff Nkem Anadu, et al.**, N.D. California, C.A. No. C07-03801-RMW

Scott Shepherd, Esq.
Shepherd, Finkelman, Miller & Shah
35 E. State Street
Media, Pennsylvania 19063
   **Counsel for Plaintiff Michael Shaffer, et al.**, E.D. Pennsylvania, C.A. No. 2:07-cv-04794-PBT

E. Powell Miller, Esq.
The Miller Law Firm, P.C.
950 W. University Drive, Suite 300
Rochester, Michigan 48307
   **Counsel for Plaintiff Darryl Hidalgo, et al.**, E.D. Michigan, C.A. No. 2:07-cv-15024-ADT

John R. Wylie, Esq.
Futterman, Howard, et al.
122 South Michigan Avenue, Suite 1850
Chicago, Illinois 60603
   **Counsel for Plaintiff Darryl Hidalgo, et al.**, E.D. Michigan, C.A. No. 2:07-cv-15024-ADT

Wyatt B. Durrette, Esq.
Durrette Bradshaw PLC
Main Street Centre
Twentieth Floor
600 East Main Street
Richmond, Viriginia 23219
   **Counsel for Plaintiff Darryl Hidalgo, et al.**, E.D. Michigan, C.A. No. 2:07-cv-15024-ADT

Taras P. Kick, Esq.
G. James Strenio, Esq.
Thomas A. Segal, Esq.
The Kick Law Firm, APC
900 Wilshire Blvd., Suite 230
Los Angeles, CA 90017
   **Counsel for Plaintiff James Selth, et al.**, C.D. California, C.A. No. CV07-07841 SVW

Nissan Motor Co., Ltd.
17-1, Ginza 6-chome, Chuo-ku
Tokyo 104-8023, Japan

Nissan Infiniti LT
333 Commerce Street
Nashville, Tennessee 37201

Nissan Acceptance Corporation dba Infiniti Financial Services was not served with the above referenced documents because this is a non-existent corporate entity.

I declare that I am employed in the office of a member of the Bar of the United States District Court, at whose direction the service was made.

Executed this 10th day of January, at Los Angeles, California.

_____
Sheila Mark

LA/715361v1