BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE:

NISSAN NORTH AMERICA, INC.
ODOMETER LITIGATION (NO. II)

MDL DOCKET NO. 1921



RECEIVED
MAR 0 6 2008
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

## PROOF OF SERVICE

I hereby certify that Plaintiff Thomas L. Harken's Interested Party Response in Support of Defendant Nissan North America's Motion for Transfer and Consolidation of Related Actions was served by First Class Mail and/or electronic mail on March 3, 2008 to the following:

Clerk, United States District Court
Middle District of Tennessee
110 Ninth Avenue South
Nashville, TN 37203

Clerk, United States District Court
Eastern District of Texas
100 E. Houston, Room 125
Marshall, Texas 75670

Clerk, United States District Court
Central District of California
312 N. Spring Street
Los Angeles, California 90012

Clerk, United States District Court
Northern District of California
280 South First Street
San Jose, California 95113



MAR − 6 2008

CLERK
NORTHERN ... COURT
... CALIFORNIA

1

Clerk, United States District Court
Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Clerk, United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, Pennsylvania 19106-1797

James A. Holmes, Esq.
Law Offices of James Holmes, P.C.
635 South Main, Suite 203
Henderson, Texas 75654

**Counsel for Plaintiff Rebecca Womack, et al.,**
    E.D. Texas, C.A. No. 2:06-CV-00479-DF

R. Stephen Woodfin, Esq.
Law Office of Stephen Woodfin
1012 Houston
Kilgore, Texas 75663

**Counsel for Plaintiff Rebecca Womack, et al.,**
    E.D. Texas, C.A. No. 2:06-CV-00479-DF

Jay Kutchka, Esq.
Jones, Jackson & Moll, P.L.C.
401 North 7th Street
Fort Smith, Arkansas 72902-2023

**Counsel for Plaintiff Rebecca Womack, et al.,**
    E. D. Texas, C.A. No. 2:06-CV-00479-DF

David B. Miller, Esq.
Law Office of David B. Miller
4350 Beltway Drive
Addison, Texas 75001

**Counsel for Plaintiff Rebecca Womack, et al.,**
    E. D. Texas, C.A. No. 2:06-CV-00479-DF

William M. Sweetnam, Esq.
Freed & Weiss LLC
111 West Washington Street, Suite 1331
Chicago, Illinois 60602

**Counsel for Plaintiff Rebecca Womack, et al.,**
    E. D. Texas, C.A. No. 2:06-CV-00479-DF

Donald Amamgbo, Esq.
Amamgbo & Associates
7901 Oakport Street, Suite 4900
Oakland, California 94621

**Counsel for Plaintiff Nkem Anadu, et al.,**
    N.D. California, C.A. No. C07-03801-RMW

Reginald Terrell, Esq.
The Terrell Law Group
223 25th Street
Richmond, California 94804

**Counsel for Plaintiff Nkem Anadu, et al.,**
    N.D. California, C.A. No. C07-03801-RMW

Lawrence Nwajei, Esq.
Law Offices of Nwajei & Company
4221 Wilshire Blvd., Suite 392
Los Angeles, California 90010

**Counsel for Plaintiff Nkem Anadu, et al.,**
    N.D. California, C.A. No. C07-03801-RMW

Scott Shepherd, Esq.
Natalie F. Bennett, Esq.
Shepherd, Finkelman, Miller & Shah
35 E. State Street
Media, Pennsylvania 19063

**Counsel for Plaintiff Michael Shaffer, et al.,**
    E. D. Pennsylvania, C.A. No. 2:07-cv-04794-PBT

Taras P. Kick, Esq.
G. James Strenio, Esq.
Thomas A. Segal, Esq.
The Kick Law Firm, APC
900 Wilshire Blvd., Suite 230
Los Angeles, CA 90017

**Counsel for Plaintiff James Selth, et al.,**
    C. D. California, C.A. No. CV07-07841SVW

E. Powell Miller, Esq.
Marc L. Newman, Esq.
The Miller Law Firm, P.C.
950 W. University Drive, Ste. 300
Rochester, MI 48307

**Counsel for Plaintiff Darryl Hidalgo, et al,**
    E.D. Michigan, C.A. No. 2:07CV15024-ADT-VMM

John R. Wylie, Esq.
Charles R. Watkins, Esq.
Futterman Howard Watkins Wylie & Ashley, Chtd.
122 South Michigan Ave., Ste. 1850
Chicago, IL 60603

**Counsel for Plaintiff Darryl Hidalgo, et al,**
    E.D. Michigan, C.A. No. 2:07CV15024-ADT-VMM

Wyatt B. Durrette, Esq.
Christopher G. Hill, Esq.
DurretteBradshaw PLC
Main Street Centre
Twentieth Floor
600 East Main Street
Richmond, VA 23219

**Counsel for Plaintiff Darryl Hidalgo, et al,**
    E.D. Michigan, C.A. No. 2:07CV15024-ADT-VMM

4

Jacqueline Jauregui, Esq.
James Nelson, Esq.
SEDGWICK, DETERT, MORAN & ARNOLD LLP
801 S. Figueroa Street, 19th Floor
Los Angeles, California 90017

**Counsel for Movant, Nissan North America**

E. Paul Cauley, Jr., Esq.
SEDGWICK, DETERT, MORAN & ARNOLD LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201

**Counsel for Movant, Nissan North America**

Nissan Motor Co., Ltd.
17-1, Ginza 6-chome, Chuo-ku
Tokyo 104-8023, Japan

Nissan Infiniti LT
333 Commerce Street
Nashville, Tennessee 27201

**DATED:**    March 3, 2008             Respectfully Submitted,

                                        By: *[signature]*
                                        Richard L. Coffman, Esq.
                                        Texas Bar No. 04497460
                                        THE COFFMAN LAW FIRM
                                        505 Orleans St., Ste. 505
                                        Beaumont, TX 77701
                                        (409) 833-7700
                                        (866) 835-8250 FAX

John Day, Esq.
Tennessee Bar No. 9416
Brandon E. Bass, Esq.
Tennessee Bar No. 22014
**Day & Blair, P.C.**
5300 Maryland Way Ste 300
Brentwood, TN 37027-5074
(615) 742-4880
(615) 742-4881 FAX

Mitchell A. Toups, Esq.
Texas Bar No. 20151600
**Weller, Green, Toups &**
    **Terrell, L.L.P.**
P.O. Box 350
Beaumont, TX 77704-0350
(409) 838-0101
(409) 832-8577 fax

**ATTORNEYS-IN-CHARGE FOR**
    **PLAINTIFF THOMAS L.**
    **HARKEN**